JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH PARIS, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL ARAM, INC., a corporation organized under the laws of the State of New Jersey, and DOES 1 through 20 inclusive,<br><br>　　　　　Defendant. | CASE NO. 2:18-CV-4002-PA (KSx)<br><br>**ORDER GRANTING STIPULATION FOR AN ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

IT IS SO ORDERED that this lawsuit is dismissed with prejudice and without an award of fees or costs to any party on this 3rd day of October, 2018.

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE